1

David Ali Chami (SBN 027585)
2 **PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
3 Tempe, AZ 85283
T: (818) 907-2030
4 Fax: (818) 205-2730
5 David@pricelawgroup.com

6 Attorneys for Plaintiff,
7 CAROLYN RILEY

8

9 **UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**
10

11 CAROLYN RILEY,                    **Case No.: 2:14-cv-01722-NVW**

12               Plaintiff,          **VOLUNTARY DISMISSAL WITH PREJUDICE**

13        vs.

14 PREMIER RECOVERY SERVICES;
15 and DOES 1 through 10, inclusive,

16               Defendants.

17

18        **VOLUNTARY DISMISSAL WITH PREJUDICE**

19        Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

20 Plaintiff, CAROLYN RILEY, through her counsel, hereby gives notice that the

21 above captioned action is voluntarily dismissed with prejudice against the

22 Defendants, PREMIER RECOVERY SERVICES; and DOES 1 through 10,

23 inclusive.

24 ///

25

1

2      Dated: December 18, 2014

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

3

4

By:/s/ David Ali Chami
David Ali Chami
Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VOLUNTARY DISMISSAL